IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ryan Dillon,

    Plaintiff(s),

vs.

Ohio Department Rehabilitation Corrections, et al,

    Defendant(s).

Case Number: 1:18cv279

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 33, 2018 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 17, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for lack of prosecution. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court